112    APPELLATE COURTS OF ILLINOIS.

Reid, Murdoch & Co. v. Somerset Canning Co., 182 Ill. App. 112.

**Reid, Murdoch & Company, Defendant in Error, v. Somerset Canning Company, Plaintiff in Error.**

**Gen. No. 17,566. (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Reid, Murdoch & Company, a corporation, against Somerset Canning Company, a corporation, to recover damages for nondelivery of goods purchased by plaintiff from the defendant. From a judgment for plaintiff for four hundred and twelve dollars and fifty cents, defendant brings error.

WILLIAM RITCHIE and SIDNEY B. MEYER, for plaintiff in error.

COLSON & JOHNSON, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 77*—*when cannot be cancelled for failure to give shipping directions.* Contract of sale, which did not contemplate immediate shipment, *held* not to justify seller in cancelling sale for failure of buyer to give immediate shipping directions.

2. SALES, § 381*—*damages.* When seller cancels contract, not duty of buyer to purchase elsewhere so as to minimize the loss where the buyer was justified in believing that seller would yet deliver.

FITCH, J., dissenting.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.